Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA  90017
(213) 689-3014

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                                    ) Case No.: 2:18-bk-10145-WB
                                          )
  Welker II, James Joseph                 ) TRUSTEE'S NOTICE OF
                                          ) UNCLAIMED DIVIDEND
                                          ) (Bankruptcy Rule 3010)
                                          )
                                          )
                                          )

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 839316 in the sum of $1.43 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  Said sum is paid over to the Fiscal Department of the United States Bankruptcy Court pursuant to Bankruptcy Rule 3010.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

James Joseph Welker II

22907 Meyler Ave.
Torrance, CA  90502

Date:  May 24, 2023              /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3010)

Nancy Curry Chapter 13 Trustee                                           Check No.839316
Pay to: 50033000  U.S. BANKRUPTCY COURT
OUR OFFICE HAS MOVED TO:  1000 WILSHIRE BLVD., SUITE 870, LOS ANGELES, CA 90017

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 1810145-WB | 999-0 | WELKER, JAMES JOSEPH II | | 0.00 | 1.43 | 0.00 | 1.43 |

---

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**Nancy Curry**
**Chapter 13 Trustee**
1000 Wilshire Blvd., Suite 870

Los Angeles, CA  90017

Disbursement Account
**Suntrust Bank**

64-79 / 611

No.  839316

May 23, 2023

PAY** One Dollars and 43 Cents*******************************************************
TO THE ORDER OF

AMOUNT **********$1.43**********

VOID AFTER August 21, 2023

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE ST., RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈839316⑈ ⑆061100790⑆ 000000575200 ⑈

Nancy Curry Chapter 13 Trustee                                Check No. 839326
Pay to: 50033000  U.S. BANKRUPTCY COURT
OUR OFFICE HAS MOVED TO:  1000 WILSHIRE BLVD., SUITE 870, LOS ANGELES, CA 90017

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 2013598-VZ | 999-0 | SCOTT, JACK | | 0.00 | 5.85 | 0.00 | 5.85 |

---

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**Nancy Curry**
**Chapter 13 Trustee**
1000 Wilshire Blvd., Suite 870

Los Angeles, CA  90017

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 839326

May 23, 2023

PAY** Five Dollars and 85 Cents*********************************************
TO THE ORDER OF

AMOUNT *********$5.85*********

VOID AFTER August 21, 2023

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE ST., RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈839326⑈ ⑆061100790⑆ 000000575200 ⑈