Nancy Curry
Chapter 13 Trustee
1000 Wilshire Blvd., Suite 870
Los Angeles, CA  90017
(213) 689-3014

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:                              ) Case No.: 2:18-bk-10145-WB
                                    )
   Welker II, James Joseph         ) TRUSTEE'S NOTICE OF
                                    ) UNCLAIMED DIVIDEND
                                    ) (Bankruptcy Rule 3011)
                                    )
                                    )
                                    )

   TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   Please find annexed hereto Check No. 839315 in the sum of $14,413.92 representing the total amount of unclaimed dividend in the above-entitled debtor's estate.  The check was not deliverable at the address of record.  The Trustee, after due diligence, has not been able to locate the payee.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The record reflects the name and address of the party entitled to said unclaimed dividend to be:

      Claudi Meier and Brigitte Frank Meier
      Andrew J. Marton c/o Child & Marton LLP
      1055 West 7th St., 33rd Floor
      Los Angeles, CA  90017

Date:  May 24, 2023                    /s/ Nancy Curry

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

Nancy Curry Chapter 13 Trustee                                    Check No. 839315
Pay to: 50033000  U.S. BANKRUPTCY COURT
OUR OFFICE HAS MOVED TO:  1000 WILSHIRE BLVD., SUITE 870, LOS ANGELES, CA 90017

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 1810145-WB | 409-0 | WELKER, JAMES JOSEPH II | | 0.00 | 14,413.92 | 0.00 | 14,413.92 |

---

WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

**Nancy Curry**
**Chapter 13 Trustee**
1000 Wilshire Blvd., Suite 870
Los Angeles, CA  90017

Disbursement Account
**Suntrust Bank**

64-79
611

No.  839315

May 23, 2023

PAY** Fourteen Thousand Four Hundred Thirteen Dollars and 92 Cents***************
TO THE ORDER OF

AMOUNT    *****$14,413.92*****

VOID AFTER August 21, 2023

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE ST., RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry*

⑆839315⑆ ⑈061100790⑈ 000000575200 ⑈