United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 18-10145-WB |
| James Joseph Welker, II | Chapter 13 |
| Claudio Meier | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 14, 2023 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 38395687 | + Email/Text: bncmail@w-legal.com | Jul 15 2023 01:22:00 | MUFG Union Bank, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jul 16, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry S Glaser | on behalf of Mediator Barry S Glaser bglaser@salvatoboufadel.com gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com |
| Bradford T Child | on behalf of Plaintiff Brigitte Frank Meier btchild@childmarton.com assistant@childmarton.com;mrprofeta@childmarton.com |
| Bradford T Child | on behalf of Plaintiff Claudio Meier btchild@childmarton.com assistant@childmarton.com;mrprofeta@childmarton.com |
| Jeffrey N Wishman | on behalf of Debtor James Joseph Welker  II jeffreywishman@bayerwishman.com, bribwl@gmail.com;19083@notices.nextchapterbk.com |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 14, 2023 | Form ID: trc | Total Noticed: 1

Marcus G Tiggs
    on behalf of Debtor James Joseph Welker II mtiggs@lawbwl.com, bribwl@gmail.com;18631@notices.nextchapterbk.com

Nancy K Curry (TR)
    TrusteeECFMail@gmail.com

United States Trustee (LA)
    ustpregion16.la.ecf@usdoj.gov

Valerie Smith
    on behalf of Interested Party Courtesy NEF claims@recoverycorp.com

William J Smyth
    on behalf of Defendant James Joseph Welker II william@wkdlegal.com, williamsmyth@gmail.com

TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Central District of California
Case No. 2:18-bk-10145-WB
Chapter 13

In re: Debtor(s) (including Name and Address)

James Joseph Welker, II  
22907 Meyler Avenue  
Torrance CA 90502

Claudio Meier

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/14/2023.

Name and Address of Alleged Transferor(s):

Claim No. 12: MUFG Union Bank, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121

Name and Address of Transferee:

U.S. Bank National Association  
Bankruptcy Department  
PO Box 108  
Saint Louis MO 63166-0108

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/16/23

Kathleen J. Campbell  
**CLERK OF THE COURT**